# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TIMOTHY LEROY FORTUNE, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 4:25-cv-1119 |
| | § | Judge Mazzant/Judge Davis |
| HASA, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 17, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #19) that Defendant Hasa, Inc.'s Motion to Compel Arbitration (Dkt. #7) be granted and Plaintiff Timothy Leroy Fortune's Motion for a Jury Trial (Dkt. #14) be denied. On July 20, 2026, Plaintiff filed Objections (Dkt. #20) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #20) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Hasa's Motion to Compel Arbitration (Dkt. #7) is hereby **GRANTED** and Plaintiff Fortune's Motion for a Jury Trial (Dkt. #14) is hereby **DENIED**.

It is **FURTHER ORDERED** that the case is **STAYED** pending the outcome of arbitration. The parties must notify the court of the outcome of arbitration no later than seven days after its completion.

**IT IS SO ORDERED**.

**SIGNED this 10th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE